Stephen J. Akerley (CA Bar No. 160757)
DECHERT LLP
Email: stephen.akerley@dechert.com
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
Telephone: (650) 813-4800
Fax: (650) 813-4848

Attorney for Plaintiff and Counterclaim-Defendant *Repro-Med Systems, Inc. (d/b/a RMS Medical Products)*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| REPRO-MED SYSTEMS, INC. (d/b/a RMS MEDICAL PRODUCTS),<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>EMED TECHNOLOGIES CORPORATION,<br><br>Defendant and Counterclaim-Plaintiff. | Civil Action No. 2:13-cv-01957-GEB-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF'S TO RESPOND TO COUNTERCLAIMS** |

Plaintiff and Counterclaim-Defendant Repro-Med Systems, Inc. (d/b/a RMS Medical Products) ("Plaintiff") and Defendant and Counterclaim-Plaintiff EMED Technologies Corporation ("Defendant") (collectively, "the Parties") by and through counsel and pursuant to Federal Rule of Civil Procedure 6 and Local Rule 144, hereby stipulate to a 28-day extension of time for Plaintiff to move, answer or otherwise respond to Defendant's Counterclaims as set forth below:

WHEREAS, Plaintiff filed the Complaint on September 20, 2013;

WHEREAS, Plaintiff served Defendant with the Complaint on September 25, 2013;

WHEREAS, Defendant filed an Answer and Counterclaims on October 11, 2013;

WHEREAS, Plaintiff's response to Defendant's Counterclaims is due on November 4, 2013;

1    WHEREAS, the Parties agree and stipulate to extend the response date by 28 days to
2 December 2, 2013;

3    WHEREAS, there is good cause for the extension of time because the parties are
4 attempting to do so without filing unnecessary pleadings and/or other documents with the Court
5 and without preparing and serving unnecessary documents upon each other; and

6    WHEREAS, there have been no previous extensions of time in this action, and it appears
7 that no prejudice will result from the extension requested herein;

8    NOW, THEREFORE, the Parties agree and stipulate to the extension of time up to and
9 including December 2, 2013 for Plaintiff to move, answer or otherwise respond to Defendant's
10 Counterclaims.

11    IT IS SO STIPULATED:

| | | |
|---|---|---|
| 1 | Dated: October 24, 2013 | DECHERT LLP |
| 2 | | |
| 3 | | By: */s/ Stephen J. Akerley* |
| | | Stephen J. Akerley |
| 4 | | *Attorney for Plaintiff and Counterclaim-Defendant Repro-Med Systems, Inc. (d/b/a RMS Medical Products)* |

Dated: October 24, 2013        MORRISON & FOERSTER LLP

By:  */s/ Michael Stusiak*
        Michael Stusiak

        Alan Cope Johnston (State Bar No. 66334)
        E-mail:  ACJohnston@mofo.com
        Morrison & Foerster LLP
        755 Page Mill Road
        Palo Alto, CA 94304-1018
        Tel:  (650) 813-5600

        Michael Stusiak (State Bar No. 142952)
        E-mail:  MStusiak@mofo.com
        Morrison & Foerster LLP
        400 Capitol Mall, Suite 2600
        Sacramento, CA 95814-4428
        Tel:  (916) 448-3200

        *Attorneys for Defendant and Counterclaim-Plaintiff EMED Technologies Corporation*

## **ATTESTATION**

I hereby attest that I have obtained concurrence in the filing of this document from other signatories.

Executed this 24th day of October, 2013, at Mountain View, California.
DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

3    STIP AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS

DECHERT LLP

By:/s/ Stephen J. Akerley
Stephen J. Akerley

*Attorneys for Plaintiff and Counterclaim-Defendant Repro-Med Systems, Inc. (d/b/a RMS Medical Products)*

### ORDER

Pursuant to stipulation of the parties, IT IS HEREBY ORDERED THAT:

Plaintiff shall move, answer or otherwise respond to Defendant's Counterclaims on or before December 2, 2013.

Dated: October 25, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge