Stephen J. Akerley (CA Bar No. 160757)
DECHERT LLP
Email: stephen.akerley@dechert.com
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
Telephone: (650) 813-4800
Fax: (650) 813-4848

Kevin M. Flannery
Vincent A. Gallo
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone: (215) 994-4000

Attorneys for Plaintiff
*Repro-Med Systems, Inc. (d/b/a RMS Medical Products)*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| REPRO-MED SYSTEMS, INC. (d/b/a RMS MEDICAL PRODUCTS),<br><br>Plaintiff,<br><br>v.<br><br>EMED TECHNOLOGIES CORPORATION,<br><br>Defendant. | Civil Action No. 2:13-cv-01957-GEB-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**Jury Trial Demanded** |

Repro-Med Systems, Inc. (doing business as RMS Medical Products) ("RMS Medical") and EMED Technologies Corporation ("EMED") (collectively, "the parties") hereby agree and stipulate that RMS Medical may file its First Amended Complaint, as attached to this stipulation, without opposition. In so agreeing, EMED in no way concedes that RMS Medical's claims have a legal or factual basis.

The parties further agree and stipulate that EMED shall have until January 7, 2014 to

1  answer, move, or otherwise reply to the First Amended Complaint.

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

STIPULATION AND [PROPOSED] ORDER
GRANTING LEAVE TO FILE FIRST
AMENDED COMPLAINT

| | | |
|---|---|---|
| 1 | Dated: December 10, 2013 | DECHERT LLP |
| 2 | | By:*/s/ Stephen J. Akerley* |
| 3 | | Stephen J. Akerley |
| 4 | | Stephen J. Akerley (CA Bar No. 160757)<br>DECHERT LLP |
| 5 | | Email: stephen.akerley@dechert.com<br>2440 W. El Camino Real, Suite 700 |
| 6 | | Mountain View, CA 94040-1499<br>Telephone: (650) 813-4800 |
| 7 | | Fax: (650) 813-4848 |
| 8 | | Kevin M. Flannery<br>Vincent A. Gallo |
| 9 | | DECHERT LLP<br>Cira Centre |
| 10 | | 2929 Arch Street<br>Philadelphia, PA 19104-2808 |
| 11 | | Telephone: (215) 994-4000 |
| 12 | | Attorneys for Plaintiff<br>*Repro-Med Systems, Inc. (d/b/a RMS* |
| 13 | | *Medical Products)* |
| 14 | Dated: December 10, 2013 | MORRISON & FOERSTER LLP |
| 15 | | By: */s/ Michael Stusiak* |
| 16 | | Michael Stusiak |
| 17 | | Alan Cope Johnston (State Bar No. 66334)<br>E-mail: ACJohnston@mofo.com |
| 18 | | MORRISON & FOERSTER LLP<br>755 Page Mill Road |
| 19 | | Palo Alto, CA 94304-1018<br>Tel: (650) 813-5600 |
| 20 | | Fax: (650) 494-0792 |
| 21 | | |
| 22 | | Michael Stusiak (State Bar No. 142952)<br>E-mail: MStusiak@mofo.com |
| 23 | | MORRISON & FOERSTER LLP<br>400 Capitol Mall, Suite 2600 |
| 24 | | Sacramento, CA 95814-4428<br>Tel: (916) 448-3200 |
| 25 | | Fax: (916) 448-3222 |
| 26 | | *Attorneys for Defendant*<br>*EMED Technologies Corporation* |
| 27 | | |
| 28 | | |

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 3 -

STIPULATION AND [PROPOSED] ORDER
GRANTING LEAVE TO FILE FIRST
AMENDED COMPLAINT

1  IT IS SO ORDERED.

2  Dated: December 10, 2013

3

4

5  _____
GARLAND E. BURRELL, JR.
6  Senior United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 4 -

STIPULATION AND [PROPOSED] ORDER
GRANTING LEAVE TO FILE FIRST
AMENDED COMPLAINT