UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPO-MED SYSTEMS, INC. (d/b/a RMS MEDICAL PRODUCTS),<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EMED TECHNOLOGIES CORPORATION,<br><br>　　　　Defendant.<br>─────────────────────────<br>AND RELATED COUNTERCLAIMS | No. 2:13-cv-01957-GEB-CKD<br><br>**ORDER** |

　　　　I am disqualifying myself as the judge to whom this case is assigned, pursuant to 28 U.S.C. § 455. The Clerk of Court shall randomly reassign this case and make the appropriate adjustments.

　　　　IT IS SO ORDERED.

Dated: June 9, 2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　Senior United States District Judge

1