**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Oliver W. Wanger (SBN 40331)
Josiah M. Prendergast (SBN 292840)
Micaela L. Neal (SBN 287107)

E-mail:  owanger@wjhattorneys.com

Attorneys for: Defendant and Counterclaim-Plaintiff
EMED Technologies Corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| REPRO-MED SYSTEMS, INC. (dba RMS MEDICAL PRODUCTS),<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>EMED TECHNOLOGIES CORPORATION,<br><br>Defendant and Counterclaim-Plaintiff. | Case No. 2:13-CV-01957-TLN-CKD<br><br>**AMENDED STATUS (PRETRIAL SCHEDULING) ORDER AND ORDER**<br><br>Fed. R. Civ. P. 16(b)(4) |

## ORDER

Having considered the Parties' Joint Motion to Modify the Status (Pretrial Scheduling) Order, it is **ORDERED** that the deadlines entered in the March 28, 2014 Status (Pretrial Scheduling) Order are hereby modified as follows:

| Event | Originally Ordered Date (Dkt. No. 28) | Modified Date |
|---|---|---|
| Exchange of Proposed Claim Terms for Construction | June 16, 2014 | July 31, 2014 |

| Exchange of Preliminary Proposed Claim Constructions and Extrinsic Evidence | June 30, 2014 | August 14, 2014 |
|---|---|---|
| Joint Claim Construction Statement | July 7, 2014 | August 21, 2014 |
| Opening Claim Construction Briefs (both parties) | August 1, 2014 | September 15, 2014 |
| Responsive Claim Construction Briefs (both parties) | August 29, 2014 | October 14, 2014 |
| Technology Tutorial | September 8, 2014 at 10:00am | **November 14, 2014 at 9:00 am** |
| Markman Hearing | September 29, 2014 at 10:00am | **November 14, 2014 at 9:00am** |

**IT IS SO ORDERED:**

DATED: June 27, 2014

Troy L. Nunley
United States District Judge