Oliver W. Wanger (SBN 40331)
Patrick D. Toole (SBN 190118)
Josiah M. Prendergast (SBN 292840)
Micaela L. Neal (SBN 287107)
**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone:   (559) 233-4800
Facsimile:    (559) 233-9330
E-mail:        owanger@wjhattorneys.com

Alexander M. Medina (SBN 222015)
Daniel J. Croxall (SBN 258390)
**MEDINA MCKELVEY LLP**
983 Reserve Drive
Roseville, CA  95678
Telephone:   (916) 960-2211
E-mail:        alex@medinamckelvey.com

Attorneys for: Defendant and Counterclaim-
Plaintiff EMED Technologies Corporation

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| REPRO-MED SYSTEMS, INC. (dba RMS MEDICAL PRODUCTS), | Case No. 2:13-CV-01957-TLN-CKD |
|      Plaintiff and Counterclaim-Defendant, | **JOINT MOTION TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER AND ORDER** |
|     v. | **Fed. R. Civ. P. 16(b)(4)** |
| EMED TECHNOLOGIES CORPORATION, | |
|      Defendant and Counterclaim-Plaintiff. | |

### I.

### INTRODUCTION

Repro-Med Systems, Inc. ("RMS") and EMED Technologies Corporation ("EMED") (collectively, the "Parties") jointly move to modify the Status (Pretrial Scheduling) Order (the "Scheduling Order) to conform the claim construction briefing order to that recited in

1

Patent Local Rule 4-5 of the Northern District of California  (Rule 4-5).

The Scheduling Order presently calls for each party to file an opening claim construction brief, on September 15, 2014.  It also calls for each party to file a responsive brief on October 14, 2014.  This briefing schedule will result in the filing of briefs that speak over one another, rather than to each other.  As a result, the Parties agree that good cause exists to modify the Scheduling Order to conform the briefing order to that recited in Rule 4-5.

Rule 4-5 calls for the party alleging infringement to file its opening brief, followed by the alleged infringing party's responsive brief, and, finally, the former party's reply.

The proposed modifications will not affect the timing of the Technology Tutorial and Markman Hearing, and will promote judicial economy.

The Parties respectfully request that the Court approve the proposed Scheduling Order attached to this Joint Motion.

## II.

## FACTUAL AND PROCEDURAL BACKGROUND

In June 2014, EMED substituted trial counsel, at which time the Parties submitted a joint motion to modify the Scheduling Order.  (Dkt. Nos. 30, 32.)  The proposed modification was to continue all deadlines 45 days (with exceptions for weekends and holidays) to enable EMED's counsel to get up to speed.  (Dkt. No. 32.)  The Court granted the motion, with some additional modification to schedule the technology tutorial and Markman hearing for the same day.  (Dkt. No. 36.)

In the absence of Patent Local Rules for the Eastern District of California, the Parties agreed to use Rule 4-5 of the Northern District of California's Patent Local Rules as a guide.

Recently, the Parties realized that the claim construction briefing order does not conform with the Rule 4-5 and will result in briefs that speak over each other.

Rule 4-5 provides:

(a)  Not later than 45 days after serving and filing the Joint Claim Construction and Prehearing Statement, the party claiming patent infringement, or the party asserting invalidity if there is no

infringement issue present in this case, shall serve and file an opening brief and any evidence supporting its claim construction.

(b)  Not later than 14 days after service upon it of an opening brief, each opposing party shall serve and file its responsive brief and supporting evidence.

(c)  Not later than 7 days after service upon it of a responsive brief, the party claiming patent infringement, or the party asserting invalidity if there is no infringement issue present in the case, shall serve and file any reply brief and any evidence directly rebutting the supporting evidence contained in an opposing party's response.

(P.L.R. 4-5, available at http://www.cand.uscourts.gov/localrules/patent.)

## III.

## LAW AND ARGUMENT

Federal Rule of Civil Procedure 16 permits modification of a schedule "for good cause and with the judge's consent."  Fed. R. Civ. Proc. 16(b)(4).  Good cause exists to modify the Scheduling Order to more closely conform to Rule 4-5 because the operative Scheduling Order (Dkt. No. 36) will result in the filing of briefs that speak over each other, rather than to each other. Conforming the briefing order to Rule 4-5 will facilitate a dialogue between the briefs, which will promote efficiency and clarity in the litigation of the Parties' contentions.

///

///

///

///

///

///

///

///

///

///

///

///

///

1

## IV.

2

## <u>CONCLUSION</u>

3          Based on the foregoing, the Joint Motion should be GRANTED.

4

5     DATED: August 19, 2014                    DECHERT LLP

6

7                                              By:  /s/ Kevin M. Flannery
                                                  (as authorized on August 19, 2014)
8                                                 Kevin M. Flannery, PHV
                                                  Stephen J. Ackerly, SBN 160757
9                                                 Vincent A. Gallo, PHV
                                                  *Attorneys for Plaintiff and Counterclaim-*
10                                                *Defendant Repro-Med Systems, Inc. (d/b/a RMS*
                                                  *Medical Products)*
11

12
      DATED: August 19, 2014                    WANGER JONES HELSLEY PC
13

14
                                               By:  /s/ Oliver W. Wanger
15                                                 Oliver W. Wanger
                                                  Patrick D. Toole
16                                                 Josiah M. Prendergast
                                                  Micaela Neal
17                                                 *Attorneys for Defendant and Counterclaim-*
                                                  *Plaintiff EMED Technologies Corporation*
18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER AND ORDER

1

**ORDER**

2      Having considered the Parties' Joint Motion to Modify the Status (Pretrial

3   Scheduling) Order, it is **ORDERED** that the deadlines entered in the June 30, 2014 Status (Pretrial

4   Scheduling) Order are hereby modified as follows:

5

| Event | Originally Ordered Date (Dkt. No. 36) | Modified Date |
|---|---|---|
| Joint Claim Construction Statement | August 21, 2014 | August 28, 2014 |
| EMED's Opening Claim Construction Brief | September 15, 2014 | October 6, 2014 |
| RMS's Responsive Brief | October 14, 2014 | October 27, 2014 |
| EMED's Reply Brief | — | November 3, 2014 |
| Technology Tutorial | November 14, 2014, at 9:00 am | November 14, 2014, at 9:00 am |
| Markman Hearing | November 14, 2014, at 9:00 am | November 14, 2014, at 9:00 am |

14

15      **IT IS SO ORDERED:**

16

17   Dated: August 21, 2014

18

19

20

21                          Troy L. Nunley
22                          United States District Judge

23

24

25

26

27

28