UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPRO-MED SYSTEMS, INC., | No. 2:13-cv-1957 TLN CKD |
| Plaintiff, | |
| v. | ORDER |
| EMED TECHNOLOGIES CORP., | |
| Defendant. | |

Plaintiff has improperly noticed a motion for expedited discovery on the court's October 1, 2014 law and motion calendar. The motion was filed September 26, 2014, which under the local rules is insufficient notice. Plaintiff also has not demonstrated any attempt to meet and confer with defendant regarding hearing this matter on shortened time.

Upon review of the docket, and good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of October 1, 2014 on plaintiff's motion for expedited discovery is vacated.

2. The parties are directed to meet and confer regarding the substance of plaintiff's motion. The joint discovery statement required under Local Rule 251 shall be filed no later than October 1, 2014.

/////

/////

1

3.  Plaintiff's motion for expedited hearing is set for hearing on October 8, 2014 at 10:00 a.m. in courtroom no. 24.

Dated:  September 29, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 rmsmed.exp