Stephen J. Akerley (CA Bar No. 160757)
DECHERT LLP
Email:  stephen.akerley@dechert.com
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
Telephone:  (650) 813-4800
Fax:  (650) 813-4848

Kevin M. Flannery (*Pro Hac Vice*)
Vincent A. Gallo (*Pro Hac Vice*)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone:  (215) 994-4000

Attorney for Plaintiff and Counterclaim-Defendant *Repro-Med Systems, Inc. (d/b/a RMS Medical Products)*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| REPRO-MED SYSTEMS, INC. (d/b/a RMS MEDICAL PRODUCTS),<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>EMED TECHNOLOGIES CORPORATION,<br><br>Defendant and Counterclaim-Plaintiff. | Civil Action No. 2:13-cv-01957-TLN-CKD<br><br>**SCHEDULING ORDER** |

And now, on this 6th day of October, 2014, upon consideration of the parties' Joint Stipulation Regarding Scheduling (ECF No. 52), it is hereby ORDERED that:

1. The Claim Construction briefing dates listed in the Court's most recent scheduling order (ECF No. 39) are **VACATED**.

2. The Technology Tutorial and Markman Hearing date of November 14, 2014, at 9:00 A.M. (ECF No. 39) is **VACATED.**

3. The hearing date for Defendant EMED's Motion for Preliminary Injunction (ECF No. 41) is **CONTINUED** to **November 20, 2014, at 2:00 P.M.**

4. The Claim Construction briefing dates and the Technology Tutorial and Markman Hearing date shall be rescheduled after the hearing on Defendant EMED's Motion for Preliminary Injunction.

IT IS SO ORDERED.

Dated:  October 9, 2014

_____
Troy L. Nunley
United States District Judge