UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| REPRO-MED SYSTEMS, INC. (d/b/a RMS MEDICAL PRODUCTS),<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>EMED TECHNOLOGIES CORPORATION,<br><br>    Defendant and Counterclaim-Plaintiff. | Civil Action No. 2:13-cv-01957-TLN-CKD<br><br>**ORDER** |

Upon consideration of Plaintiff and Counterclaim-Defendant Repro-Med Systems, Inc.'s ("RMS") Request to Extend the Page Limit on its Preliminary-Injunction Opposition Brief, it is ORDERED that:

1. RMS's Request to Extend the Page Limit on its Preliminary-Injunction Opposition Brief is **GRANTED IN PART and DENIED IN PART.**

2. RMS's Preliminary-Injunction Opposition Brief may be up to **25 pages long**.

IT IS SO ORDERED.

Dated: November 6, 2014

_____
Troy L. Nunley
United States District Judge