1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPRO-MED SYSTEMS, INC. (d/b/a RMS MEDICAL PRODUCTS),<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>EMED TECHNOLOGIES CORPORATION,<br><br>    Defendant and Counterclaim-Plaintiff. | Civil Action No. 2:13-cv-01957-TLN-CKD<br><br>**ORDER RE: PLAINTIFF AND COUNTERCLAIM-DEFENDANT REPRO-MED SYSTEMS, INC.'S REQUEST TO SEAL DOCUMENTS**<br><br>Date:          Nov. 20, 2014<br>Time:         2:00 p.m.<br>Courtroom: 2<br><br>The Honorable Troy L. Nunley<br><br>Action Filed:   September 20, 2013 |

**ORDER**

Plaintiff and Counter-Defendant Repro-Med Systems, Inc. (d/b/a RMS Medical Products), ("RMS") requests an order to allow it to file under seal the following documents because they contain information which RMS has designated as Confidential-Attorneys' Eyes Only:

1. Plaintiff and Counterclaim-Defendant Repro-Med Systems, Inc.'s Memorandum of Points and Authorities in Opposition to Motion for Preliminary Injunction;

2. Declaration of Vincent A. Gallo in Support of Plaintiff and Counterclaim-Defendant Repro-Med Systems, Inc.'s Memorandum of Points and Authorities in Opposition to Motion for Preliminary Injunction (including Exhibits 1 through 20 thereto);

3. Declaration of Andrew Sealfon in Support of Repro-Med Systems, Inc.'s Opposition to EMED's Motion for Preliminary Injunction (including Exhibits A & B thereto).

Upon consideration of the pleadings, the papers, and the arguments of counsel, and with compelling reason shown, IT IS HEREBY ORDERED THAT:

RMS's Request to Seal is GRANTED. The Clerk of the Court is directed to file under seal the complete, unredacted versions of the above-referenced documents. This document shall remain under seal indefinitely, pending further order of this Court. Counsel for the parties are to be permitted access to this document.

**IT IS SO ORDERED.**

Dated: November 14, 2014

_____
Troy L. Nunley
United States District Judge