Oliver W. Wanger (SBN 40331)
Patrick D. Toole (SBN 190118)
Josiah M. Prendergast (SBN 292840)
Micaela L. Neal (SBN 287107)
**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, CA  93720
Telephone:   (559) 233-4800
Facsimile:   (559) 233-9330
E-mail:       owanger@wjhattorneys.com

Alexander M. Medina (SBN 222015)
Daniel J. Croxall (SBN 258390)
**MEDINA MCKELVEY LLP**
983 Reserve Drive
Roseville, CA 95678
Telephone:   (916) 960-2211
E-mail:       alex@medinamckelvey.com

Attorneys for Defendant and Counterclaimant
EMED Technologies Corporation

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| REPRO-MED SYSTEMS, INC. (d/b/a RMS MEDICAL PRODUCTS),<br><br>　　　　Plaintiff and Counter-Defendant,<br><br>　v.<br><br>EMED TECHNOLOGIES CORPORATION,<br><br>　　　　Defendant and Counterclaimant. | Case No. 2:13-CV-01957-TLN-CKD<br><br>**ORDER RE DEFENDANT AND COUNTERCLAIMANT EMED TECHNOLOGIES CORPORATION'S REQUEST TO SEAL DOCUMENTS**<br><br>Date:　　　　November 20, 2014<br>Time:　　　　2:00 p.m.<br>Courtroom: 2<br>Judge:　　　Hon. Troy L. Nunley |

# ORDER

Defendant and Counterclaimant EMED Technologies Corporation ("EMED") requests that the Court issue an Order allowing it to file the following documents, designated as "Highly Confidential – Attorneys' Eyes Only," under seal:

1. Defendant and Counterclaimant EMED's Reply in support of EMED's Motion for Preliminary Injunction;

2. Supplemental Declaration of Joseph Barbrie in support of EMED's Motion for Preliminary Injunction (including exhibits);

3. Supplemental Declaration of Peter Kollings in support of EMED's Motion for Preliminary Injunction (including exhibits);

4. Supplemental Declaration of Paul Lambert in support of EMED's Motion for Preliminary Injunction (including exhibits); and

5. Declaration of Josiah Prendergast in support of EMED's Motion for Preliminary Injunction (including exhibits).

Upon consideration of the pleadings and papers on file, the arguments of counsel, and with good cause shown, IT IS HEREBY ORDERED THAT:

EMED's Request to Seal is GRANTED. The Clerk of the Court is directed to file under seal the complete, unredacted versions of the above-referenced documents. The documents shall remain under seal indefinitely, pending further Order of this Court. Counsel for the parties are permitted to have access to this document.

**IT IS SO ORDERED**

Dated: November 14, 2014

_____
Troy L. Nunley
United States District Judge