**COHEN & GRESSER LLP**
800 Third Avenue
New York, NY 10022
Phone: (212) 957-7600
Facsimile: (212) 957-4514
Francisco A. Villegas (SBN 206997)
E-mail:fvillegas@cohengresser.com

Attorney for Plaintiff and Counterclaim-Defendant
*Repro-Med Systems, Inc. (d/b/a RMS Medical Products)*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| REPRO-MED SYSTEMS, INC. (d/b/a RMS MEDICAL PRODUCTS),<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>EMED TECHNOLOGIES CORPORATION,<br><br>Defendant and Counterclaim-Plaintiff. | Case No. 2:13-CV-01957-TLN-CKD<br><br>SUBSTITUTION OF ATTORNEYS<br><br>(Local Rule 182(g)) |

NOTICE IS HEREBY GIVEN that, subject to the approval of the Court, Plaintiff and Counterclaim-Defendant Repro-Med Systems, Inc. substitutes Francisco A. Villegas, State Bar No. 206997, with the firm of Cohen & Gresser LLP, as counsel of record in place of Joseph J. Gribbin, Kevin M. Flannery, Stephen J. Ackerly, and Vincent A. Gallo, with the firm of Dechert LLP.  New Counsel's address, telephone number, fax number, and email address are as follows:

> Francisco A. Villegas
> COHEN & GRESSER LLP
> 800 Third Avenue
> New York, NY 10022
> Telephone: (212) 957-7600
> Facsimile: (212) 957-4514
> Email: fvillegas@cohengresser.com

By their signatures below, the undersigned hereby consent to this substitution.

DATED: September 8, 2015    COHEN & GRESSER LLP

By: _____/s/ Francisco A. Villegas_____
Francisco A. Villegas
Attorney for Plaintiff and
Counterclaim-Defendant
*Repro-Med Systems, Inc. (d/b/a RMS Medical Products)*

DATED: August 4, 2015    DECHERT LLP

By: _____/s/ Kevin M. Flannery_____
Kevin M. Flannery
Joseph J. Gribbin
Stephen J. Ackerly
Vincent A. Gallo

DATED: July 29, 2015    REPRO-MED SYSTEMS, INC. (D/B/A RMS MEDICAL PRODUCTS)

By: _____Andrew Sealfon_____
Andy Sealfon
President and Chief Executive Officer

**IT IS SO ORDERED**.

Dated: _____, 2015

_____
Hon. Troy L. Nunley
District Judge
United States District Court