Oliver W. Wanger (SBN 40331)
Josiah M. Prendergast (SBN 292840)
**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, CA  93720
Telephone:   (559) 233-4800
Facsimile:    (559) 233-9330
E-mail:        owanger@wjhattorneys.com

Attorneys for Defendant and Counterclaimant
EMED Technologies Corporation

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| REPRO-MED SYSTEMS, INC. (d/b/a RMS MEDICAL PRODUCTS),<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>EMED TECHNOLOGIES CORPORATION,<br><br>Defendant and Counterclaimant. | Case No. 2:13-CV-01957-TLN-CKD<br><br>**SUBSTITUTION OF ATTORNEYS**<br><br>[Local Rule 182(g)] |

**NOTICE IS HEREBY GIVEN** that, subject to the approval of the Court, Defendant and Counterclaimant EMED Technologies Corporation substitutes John B. Thomas, State Bar No. 269538 and Eric Grant, State Bar No. 151064, with the firm of Hicks Thomas LLP, as counsel of record in place of Oliver W. Wanger, Josiah M. Prendergast, and Micaela L. Neal, with the firm of Wanger Jones Helsley PC.

*///*

{7497/002/00569870.DOCX}            1
SUBSTITUTION OF ATTORNEYS

New counsel's address, telephone number, fax number, and email address are as follows:

        John B. Thomas
        Eric A. Grant
        HICKS THOMAS LLP
        8801 Folsom Blvd., Suite 172
        Sacramento, California 95826
        Telephone: (916) 388-0833
        Facsimile: (916) 691-3261
        Email:   jthomas@hicks-thomas.com
                      grant@hicks-thomas.com

By their signatures below, the undersigned hereby consent to this substitution.

DATED: September 9, 2015                HICKS THOMAS LLP

                              By:   */s/ Eric Grant*
                                    John B. Thomas, SBN 269538
                                    Eric Grant, SBN 151064
                                    Attorneys for
                                    EMED TECHNOLOGIES CORPORATION

DATED: September _1_, 2015            WANGER JONES HELSLEY PC

                              By:   /s/ *Oliver W. Wanger*
                                    Oliver W. Wanger
                                    Josiah M. Prendergast

DATED: September 10, 2015            EMED TECHNOLOGIES CORPORATION

                              By:   */s/ Paul Lambert*
                                    Paul Lambert
                                    Chief Executive Officer

**IT IS SO ORDERED.**

Dated: _____, 2015

                                    Hon. Troy L. Nunley
                                    District Judge
                                    United States District Court