**COHEN & GRESSER LLP**
800 Third Avenue
New York, NY 10022
Phone: (212) 957-7600
Facsimile: (212) 957-4514
Francisco A. Villegas (SBN 206997)
E-mail:fvillegas@cohengresser.com

Attorney for Plaintiff and Counterclaim-Defendant
*Repro-Med Systems, Inc. (d/b/a RMS Medical Products)*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| REPRO-MED SYSTEMS, INC. (d/b/a RMS MEDICAL PRODUCTS),<br><br>        Plaintiff and Counterclaim-Defendant,<br><br>    v.<br><br>EMED TECHNOLOGIES CORPORATION,<br><br>        Defendant and Counterclaim-Plaintiff. | Case No. 2:13-CV-01957-TLN-CKD<br><br>SUBSTITUTION OF ATTORNEYS<br><br>(Local Rule 182(g)) |

NOTICE IS HEREBY GIVEN that, subject to the approval of the Court, Plaintiff and Counterclaim-Defendant Repro-Med Systems, Inc. substitutes Francisco A. Villegas, State Bar No. 206997, with the firm of Cohen & Gresser LLP, as counsel of record in place of Joseph J. Gribbin, Kevin M. Flannery, Stephen J. Ackerly, and Vincent A. Gallo, with the firm of Dechert LLP.  New Counsel's address, telephone number, fax number, and email address are as follows:

> Francisco A. Villegas
> COHEN & GRESSER LLP
> 800 Third Avenue
> New York, NY 10022
> Telephone: (212) 957-7600
> Facsimile: (212) 957-4514
> Email: fvillegas@cohengresser.com

By their signatures below, the undersigned hereby consent to this substitution.

DATED: September 8, 2015          COHEN & GRESSER LLP

                                  By:        /s/ Francisco A. Villegas
                                     Francisco A. Villegas
                                     Attorney for Plaintiff and
                                     Counterclaim-Defendant
                                     *Repro-Med Systems, Inc. (d/b/a RMS Medical Products)*

DATED: August 4, 2015             DECHERT LLP

                                  By:        /s/ Kevin M. Flannery
                                     Kevin M. Flannery
                                     Joseph J. Gribbin
                                     Stephen J. Ackerly
                                     Vincent A. Gallo

DATED: July 29, 2015              REPRO-MED SYSTEMS, INC. (D/B/A RMS MEDICAL PRODUCTS)

                                  By: [signature]
                                     Andy Sealfon
                                     President and Chief Executive Officer

**IT IS SO ORDERED**.

Dated:  September 11, 2015

                                  [signature]
                                  Troy L. Nunley
                                  United States District Judge

SUBSTITUTION OF ATTORNEYS
LOCAL RULE 182(G)                              2
                            Case No. 2:13-CV-01957-TLN-CKD