Oliver W. Wanger (SBN 40331)
Josiah M. Prendergast (SBN 292840)
**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, CA  93720
Telephone:   (559) 233-4800
Facsimile:   (559) 233-9330
E-mail:      owanger@wjhattorneys.com

Attorneys for Defendant and Counterclaimant
EMED Technologies Corporation

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| REPRO-MED SYSTEMS, INC. (d/b/a RMS MEDICAL PRODUCTS),<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>EMED TECHNOLOGIES CORPORATION,<br><br>    Defendant and Counterclaimant. | Case No. 2:13-CV-01957-TLN-CKD<br><br>**SUBSTITUTION OF ATTORNEYS**<br><br>[Local Rule 182(g)] |

**NOTICE IS HEREBY GIVEN** that, subject to the approval of the Court, Defendant and Counterclaimant EMED Technologies Corporation substitutes John B. Thomas, State Bar No. 269538 and Eric Grant, State Bar No. 151064, with the firm of Hicks Thomas LLP, as counsel of record in place of Oliver W. Wanger, Josiah M. Prendergast, and Micaela L. Neal, with the firm of Wanger Jones Helsley PC.

*///*

New counsel's address, telephone number, fax number, and email address are as follows:

> John B. Thomas
> Eric A. Grant
> HICKS THOMAS LLP
> 8801 Folsom Blvd., Suite 172
> Sacramento, California 95826
> Telephone: (916) 388-0833
> Facsimile: (916) 691-3261
> Email:   jthomas@hicks-thomas.com
>          grant@hicks-thomas.com

By their signatures below, the undersigned hereby consent to this substitution.

DATED: September 9, 2015                HICKS THOMAS LLP


                                        By:  */s/ Eric Grant*
                                             John B. Thomas, SBN 269538
                                             Eric Grant, SBN 151064
                                             Attorneys for
                                             EMED TECHNOLOGIES CORPORATION


DATED: September  1 , 2015              WANGER JONES HELSLEY PC


                                        By:  /s/ *Oliver W. Wanger*
                                             Oliver W. Wanger
                                             Josiah M. Prendergast


DATED: September 10, 2015               EMED TECHNOLOGIES CORPORATION


                                        By:  */s/ Paul Lambert*
                                             Paul Lambert
                                             Chief Executive Officer

**IT IS SO ORDERED.**

Dated:  September 11, 2015

                                        _____
                                        Troy L. Nunley
                                        United States District Judge