Stephen J. Akerley (CA Bar No. 160757)
DECHERT LLP
Email: stephen.akerley@dechert.com
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
Telephone: (650) 813-4800
Fax: (650) 813-4848

Kevin M. Flannery (*Pro Hac Vice*)
Vincent A. Gallo (*Pro Hac Vice*)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone: (215) 994-4000

Attorney for Plaintiff and Counterclaim-Defendant *Repro-Med Systems, Inc. (d/b/a RMS Medical Products)*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| REPRO-MED SYSTEMS, INC. (d/b/a RMS MEDICAL PRODUCTS),<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>EMED TECHNOLOGIES CORPORATION,<br><br>Defendant and Counterclaim-Plaintiff. | Civil Action No. 2:13-cv-01957-TLN-CKD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL ADMITTED *PRO HAC VICE* AND REMOVAL FROM ELECTRONIC NOTIFICATION** |

**PLEASE TAKE NOTICE** that Vincent A. Gallo of Dechert LLP hereby withdraws his *pro hac vice* admission on behalf of Plaintiff and Counterclaim-Defendant Repro-Med Systems (d/b/a RMS Medical Products) in the above captioned action and requests removal from electronic notification.  Repro-Med Systems will continue to be represented by Dechert LLP.

Dated:  February 2, 2016

**DECHERT LLP**

By:  */s/Vincent A. Gallo*
   Vincent A. Gallo *(Pro Hac Vice)*
   Kevin M. Flannery *(Pro Hac Vice)*
   DECHERT LLP
   Cira Centre
   2929 Arch Street
   Philadelphia, PA 19104
   Telephone:  (215) 994-4000

   Stephen J. Akerley
   2440 W. El Camino Real, Suite 700
   Mountain View, CA 94040-1499
   Telephone:  (650) 813-4800
   Fax:  (650) 813-4848
   stephen.akerley@dechert.com

   *Attorneys for Plaintiff and Counterclaim-Defendant*
   REPRO-MED SYSTEMS, INC. *(d/b/a RMS MEDICAL PRODUCTS)*

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2016, I caused a copy of Notice of Withdrawal of Counsel Admitted *Pro Hac Vice* to be served on the following counsel as indicated:

Oliver W. Wanger                                                                                   Via ECF
WANGER JONES HELSLEY PC
265 E. River Park Circle, Suite 310
P.O. Box 28340
Fresno, CA 93729
E-mail: owanger@wjhattorneys.com

Alexander M. Medina
Daniel J. Croxall
MEDINA MCKELVEY LLP
983 Reserve Drive
Roseville, CA 95678
Email: alex@medinamckelvey.com

*Attorneys for Defendant and Counterclaim-Plaintiff EMED Technologies Corporation*

By: */s/ Joseph J. Gribbin*

Dated: February 2, 2016