

**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Francisco Villegas
212 957 2018
fvillegas@cohengresser.com

February 2, 2016

**VIA ECF**

The Honorable Troy L. Nunley
United States District Court
Eastern District of California
501 I Street
Courtroom 2, 15th Floor
Sacramento, CA 95814

Re:  Labeling Change
     Repro-Med Systems, Inc. v. EMED Technologies Corp., 2:13-cv-1957-TLN-CKD

Dear Judge Nunley:

We write on behalf of Plaintiff Repro-Med Systems, Inc. ("RMS").  On June 19, 2015, Your Honor entered a preliminary injunction order (the "Order"), concerning, *inter alia*, certain RMS marketing.  Following that Order, RMS changed the caution language on its Freedom60 pump to remove the instruction to use "only Freedom60 tubing sets manufactured by RMS Medical products."  On January 28, 2016, an FDA Office of Compliance advised that RMS did not have approval to make labeling changes and instructed RMS to "[R]eturn to the *original* cleared labeling of:

> Use only Freedom60 tubing sets manufactured by RMS Medical Products.  Use of any other tubing set will cause the syringe to eject from the pump and eventually cause internal damage to the pump.  Use of any other tubing set may also cause over delivery of fluids or medication to the patient."

(emphasis added).

To remain in compliance with FDA regulation, RMS intends to revert to the originally approved Freedom60 cautionary language.

191286



The Honorable Troy L. Nunley
February 2, 2016
Page 2

      We are available at the Court's convenience should the Court wish to discuss the aforementioned change in labeling.

      Very truly yours,

      Francisco A. Villegas

cc:  All counsel of record