RENZO N. ROCCHEGIANI (SBN 276740)
renzo.rocchegiani@dentons.com
DENTONS US LLP
4435 Eastgate Mall, Suite 400
San Diego, California 92121-1980
Telephone:    619.595.5400
Facsimile:    619.595.5450

Attorneys for Plaintiff and Counterclaim-Defendant REPRO-MED SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| REPRO-MED SYSTEMS, INC. (d/b/a RMS MEDICAL PRODUCTS),<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>    v.<br><br>EMED TECHNOLOGIES CORPORATION,<br><br>    Defendant and Counterclaim-Plaintiff. | Case No. 2:13-cv-01957-TLN-CKD<br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Renzo N. Rocchegiani of DENTONS US LLP, 4435 Eastgate Mall, Suite 400, San Diego, California 92121, telephone (619) 595-8032, e-mail address renzo.rocchegiani@dentons.com, hereby appears as counsel on behalf of REPRO-MED SYSTEMS, INC., in the above-captioned matter.  Copies of all pleading and notices pertaining to the above-entitled action not otherwise filed through the Court's electronic filing system should be forwarded to counsel at the following address:

   Renzo N. Rocchegiani
   DENTONS US LLP
   4435 Eastgate Mall, Suite 400
   San Diego, California 92121-1980

DATED: March 25, 2016          Respectfully submitted,

DENTONS US LLP


By: /s/ Renzo N. Rocchegiani
    RENZO N. ROCCHEGIANI

    Renzo N. Rocchegiani (SBN 276740)
    DENTONS US LLP
    4435 Eastgate Mall, Suite 400
    San Diego, California 92121-1980
    Telephone: 619.595.5400
    Facsimile: 619.595.5450

    *Attorneys for Plaintiff and Counterclaim-Defendant
    REPRO-MED SYSTEMS, INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2016, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notifications of filing to all counsel of record in accordance with L.R. 135(a).

DATED: March 25, 2016              Respectfully submitted,

                                   DENTONS US LLP


                                   By: /s/ Renzo N. Rocchegiani
                                       RENZO N. ROCCHEGIANI

                                   Renzo N. Rocchegiani (SBN 276740)
                                   DENTONS US LLP
                                   4435 Eastgate Mall, Suite 400
                                   San Diego, California 92121-1980
                                   Telephone: 619.595.5400
                                   Facsimile: 619.595.5450

                                   *Attorneys for Plaintiff and Counterclaim-Defendant*
                                   *REPRO-MED SYSTEMS, INC.*