Francisco A. Villegas (SBN 206997)
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, New York 10022
Phone:      (212) 957-7600
Facsimile:  (212) 957-4514
Email:      fvillegas@cohengresser.com

Attorney for Plaintiff and Counterclaim-Defendant
REPRO-MED SYSTEMS INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| REPRO-MED SYSTEMS INC.<br>(D/B/A RMS MEDICAL PRODUCTS),<br><br>Plaintiff,<br><br>v.<br><br>EMED TECHNOLOGIES CORPORATION,<br><br>Defendant. | Case No. 2:13-cv-1957-TLN-CKD<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL OF RECORD FOR REPRO-MED SYSTEMS, INC.**<br><br>Date:   May 5, 2016<br>Time:  2:00 p.m.<br>Ctrm:  2 (Hon. Troy L. Nunley) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on May 5, 2016 at 2:00 p.m. or as soon thereafter as the matter may be heard, before the Honorable Troy L. Nunley, United States District Judge, Courtroom 2, 15th Floor, Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California 95814, Francisco A. Villegas and Jason S. Ingerman of Cohen & Gresser LLP ("Cohen & Gresser") shall and hereby seek leave of this court to withdraw as counsel for Plaintiff and Counter-defendant Repro-Med Systems, Inc. ("RMS").

1

The motion will be made on the grounds that because of RMS' failure to respond to and comply with Cohen & Gresser, it has become unreasonably difficult for Cohen & Gresser to carry out effective representation, and that RMS has not promptly paid Cohen & Gresser's invoices, nor made arrangements to do so.

This motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, and the Declaration of Francisco A. Villegas served and filed herewith, and on such other oral and documentary evidence as may be presented at the hearing of the motion.

DATED:  March 25, 2016

                                          COHEN & GRESSER LLP

                                          /s/ Francisco A. Villegas
                                          Francisco A. Villegas

                                          *Attorney for Plaintiff and*
                                          *Counterclaim-Defendant*