# Exhibit A

RENZO N. ROCCHEGIANI (SBN 276740)
renzo.rocchegiani@dentons.com
DENTONS US LLP
4435 Eastgate Mall, Suite 400
San Diego, California 92121-1980
Telephone:   619.595.5400
Facsimile:   619.595.5450

Attorneys for Plaintiff and Counterclaim-
Defendant REPRO-MED SYSTEMS, INC.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| REPRO-MED SYSTEMS, INC. (d/b/a RMS MEDICAL PRODUCTS), | Case No. 2:13-cv-01957-TLN-CKD |
| Plaintiff and Counterclaim-Defendant, | **NOTICE OF APPEARANCE** |
| v. | |
| EMED TECHNOLOGIES CORPORATION, | |
| Defendant and Counterclaim-Plaintiff. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Renzo N. Rocchegiani of DENTONS US LLP, 4435 Eastgate Mall, Suite 400, San Diego, California 92121, telephone (619) 595-8032, e-mail address renzo.rocchegiani@dentons.com, hereby appears as counsel on behalf of REPRO-MED SYSTEMS, INC., in the above-captioned matter. Copies of all pleading and notices pertaining to the above-entitled action not otherwise filed through the Court's electronic filing system should be forwarded to counsel at the following address:

> Renzo N. Rocchegiani
> DENTONS US LLP
> 4435 Eastgate Mall, Suite 400
> San Diego, California 92121-1980

| | | |
|---|---|---|
| 1 | DATED: March 25, 2016 | Respectfully submitted, |
| 2 | | DENTONS US LLP |
| 4 | | |
| 5 | | By: /s/ Renzo N. Rocchegiani |
| | | RENZO N. ROCCHEGIANI |
| 6 | | Renzo N. Rocchegiani (SBN 276740) |
| 7 | | DENTONS US LLP |
| | | 4435 Eastgate Mall, Suite 400 |
| 8 | | San Diego, California 92121-1980 |
| | | Telephone: 619.595.5400 |
| | | Facsimile: 619.595.5450 |
| 10 | | *Attorneys for Plaintiff and Counterclaim-Defendant* |
| | | *REPRO-MED SYSTEMS, INC.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2016, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notifications of filing to all counsel of record in accordance with L.R. 135(a).

DATED: March 25, 2016

Respectfully submitted,

DENTONS US LLP

By: /s/ Renzo N. Rocchegiani
RENZO N. ROCCHEGIANI

Renzo N. Rocchegiani (SBN 276740)
DENTONS US LLP
4435 Eastgate Mall, Suite 400
San Diego, California 92121-1980
Telephone: 619.595.5400
Facsimile: 619.595.5450

*Attorneys for Plaintiff and Counterclaim-Defendant REPRO-MED SYSTEMS, INC.*

# Exhibit B

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EMED Technologies Corporation,<br><br>Plaintiff,<br><br>v.<br><br>REPRO-MED Systems, Inc. d/b/a RMS Medical Products,<br><br>Defendants. | Civil Action No. 2:15-cv-01167-JRG-RSP<br><br>JURY TRIAL DEMANDED |

### NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS' REPRO-MED SYSTEMS, INC. d/b/a RMS MEDICAL PRODUCTS

Defendants' REPRO-MED Systems, Inc. d/b/a/ RMS Medical Products, file this Notice of Appearance, and hereby notify the Court and all parties of record that R. Tyler Goodwyn IV of the law firm Dentons US, LLP, 1900 K Street, NW, Washington, DC 20006, is appearing as lead counsel for REPRO-MED Systems, Inc. d/b/a RMS Medical Products, in the above-referenced matter.

Dated: March 25, 2016

Respectfully submitted,

/s/ R. Tyler Goodwyn IV
R. Tyler Goodwyn IV
tyler.goodwyn@dentons.com
DENTONS US, LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756

ATTORNEYS FOR DEFENDANTS
REPRO-MED Systems, Inc. d/ba/ RMS Medical Products

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2016, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to all counsel of record and that a copy of the foregoing was served on Plaintiff by electronic means in accordance with Local Rule CV-5(d) and in accordance with an agreement between the parties.

/s/ R. Tyler Goodwyn IV
R. Tyler Goodwyn IV

DC 51302155.1