1  Francisco A. Villegas (SBN 206997)
   COHEN & GRESSER LLP
2  800 Third Avenue, 21st Floor
   New York, New York  10022
3  Phone:        (212) 957-7600
   Facsimile:    (212) 957-4514
4  Email:        fvillegas@cohengresser.com

5  Attorney for Plaintiff and Counterclaim-Defendant
   REPRO-MED SYSTEMS INC.

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9                       SACRAMENTO DIVISION

10

11 REPRO-MED SYSTEMS INC.
   (D/B/A RMS MEDICAL PRODUCTS),          Case No. 2:13-cv-1957-TLN-CKD
12
                            Plaintiff,     **[PROPOSED] ORDER
13                                         GRANTING MOTION TO
                                           WITHDRAW AS COUNSEL OF
14      v.                                 RECORD FOR REPRO-MED
                                           SYSTEMS, INC.**
15 EMED TECHNOLOGIES CORPORATION,
                                           Date:   May 5, 2016
16                          Defendant.     Time:   2:00 p.m.
                                           Ctrm:   2 (Hon. Troy L. Nunley)
17

18

19

20

21

22

23

24

25

26

27

28
                                    1
─────────────────────────────────────────────────
[PROPOSED] ORDER GRANTING MOTION
TO WITHDRAW AS COUNSEL OF RECORD FOR
REPRO-MED SYSTEMS, INC.
                                    Case No. 2:13 cv 1957-TLN-CKD

1

2          Before the Court is Francisco A. Villegas and Jason S. Ingerman of Cohen & Gresser,

3   LLP ("Cohen & Gresser") on a motion to withdraw as counsel for Repro-Med Systems, Inc.

4   ("RMS").  After considering the motion, the motion is GRANTED.  It is therefore ordered that

5   Cohen & Gresser may withdraw as counsel for RMS in this case.

6

7          IT IS SO ORDERED.

8
    Dated:  _____          _____
9                                            Honorable Troy L. Nunley
                                             United States District Court Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                       2

[PROPOSED] ORDER GRANTING MOTION
TO WITHDRAW AS COUNSEL OF RECORD FOR
REPRO-MED SYSTEMS, INC.
                                             Case No. 2:13 cv 1957-TLN-CKD