Francisco A. Villegas (SBN 206997)
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, New York  10022
Phone:        (212) 957-7600
Facsimile:    (212) 957-4514
Email:        fvillegas@cohengresser.com

Attorney for Plaintiff and Counterclaim-Defendant
REPRO-MED SYSTEMS INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| REPRO-MED SYSTEMS INC. (D/B/A RMS MEDICAL PRODUCTS),<br><br>Plaintiff,<br><br>v.<br><br>EMED TECHNOLOGIES CORPORATION,<br><br>Defendant. | Case No. 2:13-cv-1957-TLN-CKD<br><br>**PROOF OF SERVICE BY MAIL**<br><br>Date:   May 5, 2016<br>Time:   2:00 p.m.<br>Ctrm:   2 (Hon. Troy L. Nunley) |

1

PROOF OF SERVICE BY MAIL

Case No. 2:13 cv 1957-TLN-CKD

I, Francisco A. Villegas, declare:

I am over the age of eighteen years, and not a party to the within action. My business address is Cohen & Gresser LLP, 800 Third Avenue, New York, NY 10022. On March 25, 2016, I served the within documents:

    1.    FRANCISCO A. VILLEGAS'S NOTICE OF MOTION AND MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL OF RECORD FOR REPRO-MED SYSTEMS INC., MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT THEREOF;

    2.    DECLARATION OF FRANCISCO A. VILLEGAS, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR REPRO-MED SYSTEMS INC.

    3.    [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR REPRO-MED SYSTEMS INC.

by the below identified means of service:

| | |
|---|---|
| R. Tyler Goodwyn<br>Dentons<br>1900 K Street NW<br>Washington, District of Columbia  20006 | Mr. Cyril H. Narishkin<br>Repro-Med Systems, Inc.<br>24 Carpenter Road<br>Chester, NY 10918 |
| *U.S. Mail* | *U.S. Mail* |

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Date:  March 25, 2016                      <u>Francisco A. Villegas</u>
                                                  Francisco A. Villegas