Francisco A. Villegas (SBN 206997)
Jason S. Ingerman (*admitted pro hac vice*)
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, New York  10022
Phone:       (212) 957-7600
Facsimile:   (212) 957-4514
Email:       fvillegas@cohengresser.com
             jingerman@cohengresser.com

Attorneys for Plaintiff and Counterclaim-Defendant
REPRO-MED SYSTEMS INC.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| REPRO-MED SYSTEMS INC. (D/B/A RMS MEDICAL PRODUCTS),<br><br>Plaintiff,<br><br>v.<br><br>EMED TECHNOLOGIES CORPORATION,<br><br>Defendant. | Case No. 2:13-cv-1957-TLN-CKD<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW AS COUNSEL** |

Francisco A. Villegas and Jason S. Ingerman of Cohen & Gresser LLP file this Notice of Withdrawal pertaining to MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL OF RECORD FOR REPRO-MED SYSTEMS, INC. filed on March 25, 2016 (Docket No. 85) ("Motion").  That Motion is withdrawn.

Date: March 29, 2016          **COHEN & GRESSER**

                              By:  /s/ Francisco A. Villegas
                                   Francisco A. Villegas
                                   Jason S. Ingerman

                              *Attorneys for Plaintiff and Counter Defendant
                              RMS*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 29, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this case.

/s/ Francisco A. Villegas
Francisco A. Villegas