Francisco A. Villegas (SBN 206997)
Jason S. Ingerman (*admitted pro hac vice*)
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, New York 10022
Phone:      (212) 957-7600
Facsimile:  (212) 957-4514
Email:      fvillegas@cohengresser.com
            jingerman@cohengresser.com

Attorneys for Plaintiff and Counterclaim-Defendant
REPRO-MED SYSTEMS INC.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| REPRO-MED SYSTEMS INC. (D/B/A RMS MEDICAL PRODUCTS),<br><br>Plaintiff,<br><br>v.<br><br>EMED TECHNOLOGIES CORPORATION,<br><br>Defendant. | Case No. 2:13-cv-1957-TLN-CKD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

Please take notice that Francisco A. Villegas and Jason S. Ingerman of Cohen & Gresser LLP hereby withdraw from representing Plaintiff and Counter-Defendant Repro-Med Systems, Inc. ("RMS") in the referenced case.

Dentons US LLP and its attorney Renzo Nicola Rocchegiani will continue to represent RMS.


Date: March 29, 2016            **COHEN & GRESSER**

                                By: /s/ Francisco A. Villegas
                                    Francisco A. Villegas

1

1
2
3
4
5   **IT IS SO ORDERED:**
6   Dated: March ___, 2016
7
8
9   _____
10  THE HONORABLE TROY L. NUNLEY
    UNITED STATES DISTRICT COURT
    EASTERN DISTRICT
11
12
...
28

Jason S. Ingerman

*Attorneys for Plaintiff and Counter-Defendant*
*RMS*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this case.

/s/ Francisco A. Villegas
Francisco A. Villegas