RENZO N. ROCCHEGIANI (SBN 276740)
DENTONS US LLP
4435 Eastgate Mall, Suite 400
San Diego, CA 92121
Telephone:     619.595.8032
Facsimile:     619.595.8135
Email: renzo.rocchegiani@dentons.com

Attorneys for Plaintiff and Counterclaim-
Defendant Repro-Med Systems, Inc. (d/b/a RMS
Medical Products)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| REPRO-MED SYSTEMS, INC. (d/b/a RMS MEDICAL PRODUCTS),,<br><br>　　　　Plaintiff and Cross-Defendant,<br><br>　　v.<br><br>EMED TECHNOLOGIES CORPORATION,,<br><br>　　　　Defendants and Cross-<br>　　　　Complainants. | Case No. 2:13-cv-01957-TLN-CKD<br><br>**JOINT ORDER GRANTING STIPULATED CONTINUANCE AND EXTENSION OF TIME**<br><br>[U.S. District Court, Eastern District California, Local Rule 6-144]<br><br>Original Hearing Date:   April 21, 2016<br>Original Hearing Time:   2:00 pm<br>Requested Hearing Date: May 5, 2016<br>Requested Hearing Time: 2:00 pm<br>Crtrm.:    2<br><br>The Hon. Troy L. Nunley |

And now, on this 5th day of April, 2016, upon consideration of the parties' Joint Stipulation for a Continuance and Extension of Time, it is hereby ORDERED that:

1.　　The hearing date is continued to May 5, 2016.

2.　　Plaintiff shall file its response to Defendant's Motion no later than April 19, 2016.

//

//

Case No. 2:13-cv-01957-TLN-CKD
ORDER

1    IT IS SO ORDERED.

2

3  Dated: April 5, 2016

4

5                                                              _____
                                                                Troy L. Nunley
6                                                               United States District Judge