**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| REPRO-MED SYSTEMS, INC. (d/b/a RMS MEDICAL PRODUCTS),, <br><br> Plaintiff and Cross-Defendant, <br><br> v. <br><br> EMED TECHNOLOGIES CORPORATION,, <br><br> Defendants and Cross-Complainants. | Case No. 2:13-cv-01957-TLN-CKD <br><br> **ORDER GRANTING PLAINTIFF AND COUNTERCLAIM-DEFENDANT'S *EX PARTE* APPLICATION FOR AN EXTENSION OF JOINT STATEMENT DEADLINE AND CONTINUANCE OF HEARING** <br><br> [U.S. District Court, Eastern District California, Local Rule 6-144] <br><br> Original Hearing Date:   September 7, 2016 <br> Original Hearing Time:   10:00 a.m. <br> Requested Hearing Date: September 14, 2016 <br> Requested Hearing Time: 10:00 a.m. <br> Crtrm.:   24 <br><br> The Hon. Carolyn K. Delaney |

////

1     Currently pending before the Court is Plaintiff and Cross-Defendant Repro-Med Systems, Inc.'s ("RMS") *Ex Parte* Application to Extend Time and Supporting Declaration.

    Having considered the papers filed in support of RMS's Initial *Ex Parte* Application to Extend Time and for good cause shown, Plaintiff's *Ex Parte* Application is hereby GRANTED. EMED's motion to compel hearing is continued to September 14, 2016, and the parties' deadline to file their joint stipulation in support of the same is now due on or before September 2, 2016, thereby extending all other related deadlines.

    IT IS SO ORDERED.

Dated: August 24, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Submitted and signed on August 19, 2016:

/s/ John Lomas
John Lomas
Dentons US LLP
Attorneys for Plaintiff and Counterclaim-Defendant
Repro-Med Systems, Inc. (d/b/a RMS Medical Products)