1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   REPRO-MED SYSTEMS, INC.,                    No.  2:13-cv-1957 TLN CKD

12              Plaintiff,

13        v.                                      ORDER

14   EMED TECHNOLOGIES
     CORPORATION,
15
                Defendant.
16

17

18        Defendant's motion to compel came on regularly for hearing on September 14, 2016.

19   John Lomas appeared telephonically for plaintiff.  Eric Grant appeared for defendant.  Upon

20   review of the documents in support and opposition, upon hearing the arguments of counsel, and

21   good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

22        Defendant's motion to compel (ECF No. 107) is granted in part.  Within seven days,

23   plaintiff shall produce responsive documents that were generated prior to the litigation.

24   Responsive documents generated after the initiation of the litigation shall be produced within

25   /////

26   /////

27   /////

28   /////

                                              1

1   twenty-one days.  Documents responsive to requests nos. 57 and 58 may be limited to May 14,

2   2015 to the present.

3   Dated:  September 15, 2016

4   _____
    CAROLYN K. DELANEY

5   UNITED STATES MAGISTRATE JUDGE

6

7   4 rms-emed1957.oah

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28