1  RENZO N. ROCCHEGIANI (SBN 276740)
   renzo.rocchegiani@dentons.com
2  DENTONS US LLP
   4655 Executive Drive, Suite 700
3  San Diego, CA 92121
   Telephone:    619.595.8032
4  Facsimile:    619.232.8311

5  R. TYLER GOODWYN (Appearing *pro hac vice*)
   tyler.goodwyn@dentons.com
6  JOHN W. LOMAS (Appearing *pro hac vice*)
   john.lomas@dentons.com
7  DENTONS US LLP
   1900 K Street, N.W.
8  Washington, D.C. 20006
   Telephone:    202.496.7500
9  Facsimile:    202.496.7756

10 Attorneys for Plaintiff and Counterclaim-
   Defendant Repro-Med Systems, Inc. (d/b/a RMS
11 Medical Products)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| REPRO-MED SYSTEMS, INC. (d/b/a RMS MEDICAL PRODUCTS),, | Case No. 2:13-cv-01957-TLN-CKD |
|---|---|
| Plaintiff and Cross-Defendant, | **ORDER GRANTING STIPULATED CONTINUANCE**<br>[U.S. District Court, Eastern District California, Local Rule 6-144] |
| v. | |
| EMED TECHNOLOGIES CORPORATION,, | Original Hearing Date:   September 28, 2016<br>Original Hearing Time:   10:00 am<br>Requested Hearing Date: October 19, 2016<br>Requested Hearing Time: 10:00 am<br>Crtrm.:   24 |
| Defendants and Cross-Complainants. | The Hon. Carolyn K. Delaney |

And now, on this 23rd day of September, 2016, upon consideration of the parties' Joint Stipulation for a Continuance, it is hereby ORDERED that:

1.    The hearing date on Plaintiff's Motion to Compel (Doc. No. 111) is continued to October 19, 2016.

1    IT IS SO ORDERED.

2  Dated:  September 23, 2016

3  _____
CAROLYN K. DELANEY
4  UNITED STATES MAGISTRATE JUDGE