UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPRO-MED SYSTEMS, INC., | No. 2:13-cv-1957 TLN CKD |
| Plaintiff, | |
| v. | ORDER |
| EMED TECHNOLOGIES CORPORATION, | |
| Defendant. | |

An informal discovery conference was held before the undersigned on October 4, 2016. John Lomas appeared telephonically for plaintiff. Eric Grant appeared telephonically for defendant. Upon review of the joint statement, upon discussion with counsel, and good cause appearing, IT IS HEREBY ORDERED that:

The motions for protective orders (ECF Nos. 122, 123) are denied.

Dated: October 5, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 repromed1957.idc

1