1  RENZO N. ROCCHEGIANI (SBN 276740)
   renzo.rocchegiani@dentons.com
2  DENTONS US LLP
   4655 Executive Drive, Suite 700
3  San Diego, CA 92121
   Telephone:    619.236.1414
4  Facsimile:    619.232.8311

5  R. TYLER GOODWYN (Appearing *pro hac vice*)
   tyler.goodwyn@dentons.com
6  JOHN W. LOMAS (Appearing *pro hac vice*)
   john.lomas@dentons.com
7  DENTONS US LLP
   1900 K Street, N.W.
8  Washington, D.C. 20006
   Telephone:    202.496.7500
9  Facsimile:    202.496.7756

10 Attorneys for Plaintiff and Counterclaim-
   Defendant Repro-Med Systems, Inc. (d/b/a RMS
11 Medical Products)

12

13 **UNITED STATES DISTRICT COURT**

14 **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

15

| | |
|---|---|
| 16  REPRO-MED SYSTEMS, INC. (d/b/a RMS MEDICAL PRODUCTS),, | Case No. 2:13-cv-01957-TLN-CKD |
| 17 | **ORDER GRANTING JOINT STIPULATION FOR  EXTENSION OF TIME AND FOR CONTINUANCE** |
| 18                Plaintiff and Cross-Defendant, | |
| 19        v. | [U.S. District Court, Eastern District California, Local Rule 6-144] |
| 20  EMED TECHNOLOGIES CORPORATION,, | |
| 21              Defendants and Cross-Complainants. | Present Hearing Date:    October 19, 2016<br>Present Hearing Time:     10:00 am<br>Requested Hearing Date: October 26, 2016<br>Requested Hearing Time: 10:00 am<br>Crtrm.:    24 |
| 22 | |
| 23 | The Hon. Carolyn K. Delaney |

Upon consideration of the parties' Joint Stipulation for Extension of Time and for Continuance, it is hereby ORDERED that:

1. The deadline in this Court's September 15, 2016 Order (Doc. # 118) for Plaintiff to produce responsive documents generated after the initiation of the litigation is extended to October 13, 2016.

2. The hearing date on Plaintiff's Motion to Compel (Doc. No. 111) is continued to October 26, 2016.

IT IS SO ORDERED.

Dated:  October 7, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1  DATED: October 6, 2016                DENTONS US LLP

2

3
                                          By: /s/ Renzo N. Rocchegiani
4                                             Renzo N. Rocchegiani (CA Bar No. 276740)
                                              DENTONS US LLP
5                                             4655 Executive Drive, Suite 700
                                              San Diego, CA 92121
6                                             Telephone:   619.236.1414
                                              Facsimile:   619.232.8311
7                                             Email: renzo.rocchegiani@dentons.com

8                                             Attorneys for Plaintiff and Counterclaim-Defendant
                                              Repro-Med Systems, Inc. (d/b/a RMS Medical
9                                             Products)

10

11
    DATED: October 6, 2016                HICKS THOMAS LLP
12

13
                                          By: /s/ Eric Grant (with authorization)
14                                            Eric Grant (CA Bar No. 151064)
                                              HICKS THOMAS LLP
15                                            8801 Folsom Blvd., Ste. 172
                                              Sacramento, CA 95826
16                                            Telephone:  (916) 388-0833
                                              Fax:        (916) 691-3261
17                                            Email: grant@hicks-thomas.com

18
                                              Attorneys for Defendant and Counterclaim-Plaintiff
19                                            EMED Technologies Corporation

20

21

22

23

24

25

26

27

28