1 | RENZO N. ROCCHEGIANI (SBN 276740)
Renzo.rocchegiani@dentons.com
2 | DENTONS US LLP
4655 Executive Drive, Suite 700
3 | San Diego, CA 92121
Telephone:    619.595.8032
4 | Facsimile:    619.595.8135

5 | R. TYLER GOODWYN (Appearing *pro hac vice*)
tyler.goodwyn@dentons.com
6 | JOHN W. LOMAS (Appearing *pro hac vice*)
john.lomas@dentons.com
7 | DENTONS US LLP
1900 K Street, N.W.
8 | Washington, D.C. 20006
Telephone:    202.496.7500
9 | Facsimile:    202.496.7756

10 | Attorneys for Plaintiff and Counterclaim-
Defendant Repro-Med Systems, Inc. (d/b/a RMS
11 | Medical Products)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| REPRO-MED SYSTEMS, INC. (d/b/a RMS MEDICAL PRODUCTS), <br><br> Plaintiff/Cross-Defendant, <br><br> v. <br><br> EMED TECHNOLOGIES CORPORATION, <br><br> Defendants/Cross-Complainants. | Case No. 2:13-cv-01957-TLN-CKD <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Renzo N. Rocchegiani, Peter Z. Stockburger, R. Tyler Goodwin, and John W. Lomas of Dentons US LLP hereby withdraw from representing Plaintiff and Counterclaim-Defendant Repro-Med Systems, Inc. ("RMS") in the above-entitled case.

Jeffer Mangels Butler & Mitchell LLP and its attorney Stanley M. Gibson will continue to represent RMS.

DATED: May 24, 2017  DENTONS US LLP

By: /s/ Renzo N. Rocchegiani

Attorneys for Plaintiff/Counterclaim-Defendant Repro-Med Systems, Inc. (d/b/a RMS Medical Products)

**IT IS SO ORDERED**.

Dated: May 30, 2017

Troy L. Nunley
United States District Judge