# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# COUNTY OF SACRAMENTO

| | |
|---|---|
| REPRO-MED SYSTEMS, INC. (d/b/a RMS MEDICAL PRODUCTS),<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>EMED TECHNOLOGIES CORPORATION,<br><br>Defendant and Counterclaim-Plaintiff. | Case No. 2:13-cv-01957-TLN-CKD<br><br>**ORDER RE: PLAINTIFF AND COUNTERCLAIM-DEFENDANT REPRO-MED SYSTEMS, INC.'S NOTICE OF REQUEST TO SEAL DOCUMENTS** |

Plaintiff and Counter-Defendant Repro-Med Systems, Inc. (d/b/a RMS Medical Products), ("RMS") requests an order to allow it to file under seal the following documents because they contain information which RMS has designated as Confidential-Attorneys' Eyes Only:

1. Plaintiff and Counterclaim-Defendant Repro-Med Systems, Inc.'s Memorandum of Points and Authorities in Support of its Motion for Reciprocal Preliminary Injunction (including Exhibits B, C, E, J, and M).

Upon consideration of the pleadings, the papers, and the arguments of counsel, and with compelling reason shown, IT IS HEREBY ORDERED THAT:

RMS's Request to Seal is GRANTED. The Clerk of the Court is directed to file under

seal the complete, unredacted versions of the above-referenced documents.  This document shall remain under seal indefinitely, pending further order of this Court.  Counsel for the parties are to be permitted access to this document.

**IT IS SO ORDERED.**

Dated: August 29, 2017

Troy L. Nunley
United States District Judge