**BOUTIN JONES INC.**
Robert D. Swanson, SBN 162816
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone:   (916) 321-4444
Fax:                (916) 441-7597

**LEASON ELLIS LLP**
Robert M. Isackson, Pro Hac Vice
Matthew L. Kaufman, Pro Hac Vice
Henry A. Gabathuler, Pro Hac Vice
1 Barker Avenue, 5th Floor
White Plains, NY  10601
Telephone:   (914) 821-3079
Fax:                (914) 280-0023

Attorneys for Plaintiff and Cross-Defendant
Repro-Med Systems, Inc.

**HICKS THOMAS, LLP**
John B. Thomas
700 Louisiana St., Suite 2000
Houston, TX 77002
Phone:          (713) 547-9106
Fax:                (713) 547-9150

**RAMEY & SCHWALLER, LLP**
William P. Ramey, III
5020 Montrose Blvd., Suite 750
Houston, TX 77006
Phone:          (713) 426-3923
Fax:                (832) 900-4941

Attorneys for Defendant and Counterclaimant
EMED Technologies Corporation

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPRO-MED SYSTEMS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EMED TECHNOLOGIES CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | Case No: 2:13-cv-01957-TLN-CKD <br><br> **STIPULATION OF DISMISSAL UNDER RULE 41 FED.R.CIV.P. AND ORDER** |

1
STIPULATION OF DISMISSAL UNDER RULE 41 FED.R.CIV.P. AND ORDER

The parties to this action having settled their dispute, it is hereby stipulated and agreed by and between the parties to this action, represented by their attorneys, as follows:

1. The action, including all claims and counterclaims, are hereby dismissed with prejudice.
2. Relief sought in any pending motions by any of the parties is denied.
3. Each party is to bear its own costs and expenses and attorney fees.

So agreed and stipulated.

DATED: May 26, 2020                              BOUTIN JONES INC.


                                                 By:  */s/ Robert D. Swanson*
                                                      Robert D. Swanson
                                                      Attorneys for Plaintiff and
                                                      Counter-Defendant
                                                      Repro-Med Systems, Inc.


DATED: May 26, 2020                              RAMEY & SCHWALLER, LLP


                                                 By:  */s/ William P. Ramey, III*
                                                      William P. Ramey, III
                                                      Attorneys for Defendant and
                                                      Counterclaimant EMED Technologies
                                                      Corporation


     IT IS SO ORDERED.


Dated:  May 27, 2020
                                                 _____
                                                 Troy L. Nunley
                                                 United States District Judge

2
STIPULATION OF DISMISSAL UNDER RULE 41 FED.R.CIV.P. AND ORDER